N.L. Hanover, Trustee
3600 Lime Street, Suite #611
Riverside, CA 92502-1300
Telephone: (951) 276-9292

Chapter 7 Trustee

**ORIGINAL**

FILED
DEC 28 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL
RIVERSIDE

In re

MERCHANTS DELIVERY SYSTEMS
DBA: MERCHANTS DELIVERY

                Debtor.

) Case No. 6: 99-15579-MJ
) Chapter 7
)
)
) **NOTICE OF UNCLAIMED**
) **DIVIDENDS**
) **3011**
)
)

**TO MICHAEL E. ROTBERG, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto Check No. 1075 in the sum of $19,788.70 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: 12/21/09

_____
N.L. HANOVER
Chapter 7 Trustee

-1-

<u>ATTACHMENT NO. 2</u>

<u>LISTING OF DIVIDEND PAYMENTS</u>
(EACH CREDITOR CLASS SHOULD BE LISTED SEPARATELY)

CLASS OF CREDITOR BEING PAID:     Bankruptcy Procedure 3011

PERCENTAGE PAID ON CLAIM:     0.0000%

AMOUNT/BALANCE TO DISTRIBUTE:     $19,788.70

| CLAIM NUMBER | NAME & ADDRESS OF CLAIMANT | AMOUNT OF ALLOWED CLAIM | INTERIM PAYMENT | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| | DAREN R. BRINKMAN<br>BLAKELEY, BRINKMAN & RALLIS<br>660 FIGUEROA ST, 21ST FL<br>LOS ANGELES, CA 90017 | $1,079.01 | | $1,079.01 |
| #99 | RAY J VELEZ<br>2595 SEXTANT AVE<br>PORT HUENEME, CA 93041 | 1,146.50 | | 660.33 |
| #101 | ALFONSO LAMBERT<br>1464 RAVEN AVE<br>VENTURA, CA 93003 | 1,576.00 | | 907.70 |
| #100 | DMV PULL NOTICES<br>P.O. BOX 825339<br>SACRAMENTO, CA 94232-5339 | $16.00 | | $9.22 |
| #103 | STERLING V. WHITE<br>8595 ½ MYE RD<br>VENTURA, CA 93001 | $1,186.00 | | $683.08 |
| #106 | MARK ARMENTA<br>123 N 13TH AVE., #B<br>UPLAND, CA 91786 | $681.00 | | 392.22 |
| #119 | WILLIAM E RUTAN<br>5964 HORSE CANYON RD.<br>RIVERSIDE, CA 92509-4918 | $1,459.50 | | $840.61 |
| #128 | SDA FREIGHDATA CORP<br>20311 SW BIRCH STREET<br>SUITE #200<br>NEWPORT BEACH, CA 92660 | $28.44 | | $16.38 |
| #129 | STANLEY JOE WILSON<br>269 ALLVIEW DR<br>BANNING, CA 92220 | $1,284.50 | | $739.81 |
| #134 | GARY K. MAGGSTADT<br>2365 SUMMERHILL CT<br>PERRIS, CA 92571 | $965.96 | | $556.35 |

| # | Creditor | Amount | Amount |
|---|---|---|---|
| #147 | GRANITE FINANCIAL<br>C/O FNF CAPITAL, INC<br>16100 TABLE MOUNTAIN PKWY<br>GOLDEN, CO 80403 | $20,795.39 | $11,977.18 |
| #157 | FERMIN E. VARGAS MACHUCA<br>9434 PAINTER AVE<br>WHITTIER, CA 90605 | $532.30 | $306.58 |
| #160 | ROBERT BOYER<br>2212 AUGUSTA PL<br>ONTARIO, CA 91761 | $1,391.25 | $801.29 |
| #162 | JUAN CARLOS MADRID<br>156 S ANN ST<br>VENTURA, CA 93001 | $1,421.88 | $818.94 |

TOTALS:    $33,563.73    $0.00    $19,788.70

CASE NUMBER:    RS-99-15579-MJ

CASE NAME:    MERCHANTS DELIVERY SYSTEMS

* Total also includes employee taxes withheld.